## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL C. WORSHAM | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-16-2219 |
| | * | |
| ALLIANCE SECURITY, INC., ET AL. | * | |
| | ****** | |

## MEMORANDUM

Plaintiff instituted this action in the District Court of Maryland for Harford County. Defendant Monitronics International, Inc., with the consent of the other defendant, Alliance Security, Inc., removed the action to this court. Plaintiff has filed a motion to remand. The motion will be granted.

Plaintiff alleged in paragraph 17 of his complaint that he "seeks statutory damages . . . and does not allege in this Complaint that he suffered a concrete injury within the meaning of Article III of the U.S. Constitution and the Supreme Court's related interpretation." In *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540 (2016), the Supreme Court held that in order to meet the concreteness requirement of the standing requirement, a plaintiff must allege actual damages. Plaintiff has not done so, and therefore this court lacks jurisdiction over this matter.

A separate order granting the motion to remand is being entered herewith.

Date: 7/25/16

_____
J. Frederick Motz
United States District Judge